16cv24026-FAM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by EBN D.C.
SEP 19 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Joshua Domond
Harold Hunter Jr.

*Plaintiff(s)*

v.

People Network APS et al

*Defendant(s)*

Civil Action No. 16-cv-24026-FAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* People Network APS
Kigkurren 8E
DK-2300
Copenhagen, S. Denmark

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane, Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 19 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  16-cv-24026-FAM<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  People Network APS
Kigkurren 8E
DK-2300
Copenhagen,     Denmark

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  SEP 1 9 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-24026-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  People Network APS
Attorney- Kimble C. Cannon Esq.
620 9th Street
Manhattan Beach, CA 90266-5802
Email: kimblecannon@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: SEP 19 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-24026-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beautiful People, L L C
24416 Biltmore Lane
Laguna Niguel, California 92677-3729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: SEP 1 9 2016

*Signature of Clerk or Deputy Clerk*

...

...

...

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-24026-FAM |
|---|---|---|

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PeopleNetwork APS
doing business as
BeautifulPeople.Com
24416 Biltmore Lane
Laguna Niguel, California 92677-3729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Steven M. Larimore*

CLERK OF COURT

Date:  SEP 1 9 2016            *[signature]*
                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-24026-FAM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Genevieve Maylam
24416 Biltmore Lane
Laguna Niguel, California 92677-3729


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Steven M. Larimore*
CLERK OF COURT

Date:  SEP 1 9 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-24026-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Hodge
24416 Biltmore Lane
Laguna Niguel, California 92677-3729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: SEP 19 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Joshua Domond<br>Harold Hunter Jr.<br><br>*Plaintiff(s)*<br>v.<br>People Network APS  et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-cv-24026-FAM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Hodge
28555 La Maravilla
Laguna Niguel, California 92677-7037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Domond
P.O. Box 1157, Hallandale, FL 33008

Harold Hunter, Jr.
111 Lomie McLean Lane , Lillington, NC 27546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sep 19 2016         *Signature of Clerk or Deputy Clerk*