UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24026-CIV-MORENO

JOSHUA DOMOND and HAROLD HUNTER, JR.,

      Plaintiffs,

vs.

PEOPLENETWORK APS DBA BEAUTIFULPEOPLE.COM, BEAUTIFUL PEOPLE, LLC, GREG HODGE, and GENEVIEVE MAYLAM,

      Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO ALTER, AMEND, OR VACATE COURT ORDER

THIS CAUSE came before the Court upon Plaintiffs' Motion to Alter, Amend, or Vacate this Court's Order under Rules 59*e) and 60 (**D.E. 50**), filed on **July 13, 2017**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 of August 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record